COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Darrick Moore v. The State of Texas

Appellate case number:   01-18-00893-CR

Trial court case number: 1602316

Trial court:             262nd District Court of Harris County

Appellant's brief was filed on May 14, 2019. The State's brief was due on June 13, 2019. The State requested and was granted three extensions until September 10, 2019. The last extension was granted by letter, which included the admonition: "NO FURTHER EXTENSIONS." Although this admonition means that the Court will grant no further extensions, the State may have understood this to say that no further extensions would be granted absent a showing of exceptional circumstances because the State filed a fourth motion for extension, requesting 15 additional days, and stating the circumstances that prevented the timely filing of the brief.

Accordingly, we **grant** the State's extension **until September 25, 2019**. No further extensions will be granted and the Court may set this case for submission without a State's brief.

It is so ORDERED.

Judge's signature: __Justice Richard Hightower_____
                  ☑ Acting individually   ☐ Acting for the Court

Date: __September 17, 2019__